SCWC-12-0000762

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

BRUCE EDWARD COX, Petitioner/Plaintiff-Appellant,

vs.

CARLYN DAVIDSON COX, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000762; FC-DIVORCE NO. 06-1-0096)

ORDER DENYING PETITIONER/PLAINTIFF-APPELLANT
BRUCE EDWARD COX'S MOTION FOR RECONSIDERATION
(By: McKenna, Pollack, and Wilson, JJ., and Recktenwald, C.J.,
dissenting, with whom Nakayama, J., joins)

Upon consideration of Petitioner/Plaintiff-Appellant

Bruce Edward Cox's Motion for Reconsideration filed on August

25, 2016, the papers in support thereof, and the records and

files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, September 1, 2016.

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson

DISSENT

For the reasons set forth in my dissenting opinion filed on August 16, 2016, I would grant the motion for reconsideration.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama